# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2138

_____

United States of America,       *
                                        *
       Appellee,       *
                                        *  Appeal from the United States
     v.            *  District Court for the
                                        *  Northern District of Iowa.
Eric Lawrence,        *
                                        *  [UNPUBLISHED]
       Appellant.      *

_____

Submitted: November 27, 2009
Filed: December 4, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Eric Lawrence appeals the sentence the district court[1] imposed after revoking his supervised release, arguing that the 36-month prison term is unreasonable. Upon careful review, we conclude the revocation sentence is not unreasonable. See 18 U.S.C. § 3583(e)(3); U.S.S.G. § 7B1.4, cmt. n.4 (establishing a sentence above the recommended revocation range may be warranted where the original sentence resulted from a downward departure as a reward for substantial assistance); United States v. Eagle Thunder, 553 F.3d 605, 608-09 (8th Cir. 2009) (holding a revocation sentence

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

above the advisory Guidelines range was not unreasonable where defendant repeatedly violated supervised release); <u>United States v. Tyson</u>, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (standard of review).

We affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____